United States District Court
Southern District of Texas

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

**ENTERED**
March 13, 2019
David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 4:19–mj–00432 |
| § | |
| Martin Fox, Lisa Niki Williams § | |

**ORDER OF DETENTION PENDING HEARING**

A hearing in this case is scheduled as follows:

Identity and Detention Hearing
March 12, 2019 at 02:00 PM
Courtroom 700
United States District Court
515 Rusk Street
Houston, TX 77002

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: March 12, 2019

_____
Nancy K. Johnson
United States Magistrate Judge