United States District Court
Southern District of Texas
**ENTERED**
March 13, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:19–mj–00432 |
| | § | Charging District: USDC of Massachusetts |
| | § | |
| Martin Fox | § | Charging District's Case No. 1:19cr10081 |

**ORDER REQUIRING DEFENDANT TO APPEAR IN THE DISTRICT**
**WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place:<br>USDC of Massachusetts, Boston Division<br>1 Courthouse Way, Suite 2300; Boston, MA 02210 | Location: 24, 7th Fllor |
|---|---|
| | Date and Time:<br>03.25.19 at 2:30PM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 3/12/2019

_____
Nancy K. Johnson
United States Magistrate Judge